**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

Chapter you are filing under:
- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | MRP, L.L.C. |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 22-3680498 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1640 New Market Avenue**<br>**South Plainfield, NJ 07080**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Middlesex**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor
- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership
- ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.

8. **Under which chapter of the Bankruptcy Code is the Debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply*:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   - ■ No.
   - ☐ Yes.

   If more than 2 cases, attach a separate list.

   | | District | When | Case number |
   |---|---|---|---|
   | | | | |
   | | | | |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ☐ No
    - ■ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor | NYC Constructors Inc. | Relationship to you | Parent |
    |---|---|---|---|
    | District | Southern District of New York | When 1/14/16 | Case number, if known 16-10069 |

**11. Why is the case filed in this district?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**Request for Relief, Declaration, and Signature**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 14, 2016**
               MM / DD / YYYY

X **/s/ Barry King**
Signature of authorized representative of debtor

**Barry King**
Printed name

Title    **Vice President**

**18. Signature of attorney**

X **/s/ Scott S. Markowitz, Esq.**
Signature of attorney for debtor

Date **January 14, 2016**
     MM / DD / YYYY

**Scott S. Markowitz, Esq.**
Printed name

**Tarter Krinsky & Drogin LLP**
Firm name

**1350 Broadway
11th Floor
New York, NY 10018**
Number, Street, City, State & ZIP Code

Contact phone    **(212) 216-8000**    Email address    **smarkowitz@tarterkrinsky.com**

Bar number and State

NYC CONSTRUCTORS INC.
PRESIDENT AND SECRETARY'S CERTIFICATE

The undersigned, as President and Secretary of NYC Constructors Inc., a New York corporation (the "Corporation"), hereby certifies on the date hereof as follows:

1.   I am the duly qualified and acting President and Secretary of the Corporation, and I am the proper person to execute and deliver this Certificate. I am familiar with the facts certified herein.

2.   Attached hereto as *Exhibit A* is a true, complete and correct copy of resolutions duly adopted by the Corporation's Board of Directors at a duly called special meeting of the Corporation's Board of Directors pursuant to the Corporation's Bylaws on January 14, 2016 (the "Resolutions"). The Resolutions have not been rescinded or amended since the date of their adoption and are in full force and effect on the date hereof.

The undersigned has executed this Certificate as of the 14th day of January, 2016.

NYC Constructors Inc.
a New York corporation

_____s/ Barry King_____
Name: Barry King
Title: President and Secretary

## EXHIBIT A

### Resolutions

**WHEREAS,** the Board deems it to be advisable and in the best interests of NYC Constructors Inc. ("NYCC" or "Corporation"), its creditors, shareholders and other interested parties, that a petition be filed by the Corporation seeking relief under the provisions of chapter 11 of title 11, United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").

**WHEREAS,** NYCC owns all of the membership interests in MRP, L.L.C. ("MRP") and the Board deems it advisable and in the best interests of MRP, its creditors, NYCC, and other interested parties, that a petition be filed by MRP seeking relief under the Bankruptcy Code (NYCC and MRP, collectively, the "NYCC Entities").

**WHEREAS,** the Corporation, MRP, and Banker Steel contemplate entering into a transaction whereby Banker Steel would provide the NYCC Entities with debtor-in-possession financing on terms substantially similar to those set forth in that certain loan and security agreement for DIP loans to the NYCC Entities (the "DIP Financing Agreement"), pursuant to which Banker Steel will make available to the NYCC Entities approximately $3,000,000 in post-petition financing to be used for funding the NYCC Entities' day-to-day operations and working capital needs;

**WHEREAS,** the NYCC Entities and Banker Steel contemplate entering into a certain Asset Purchase Agreement For the Acquisition of the Assets of the NYCC Entities (the "APA"), whereby the NYCC Entities shall sell to Banker Steel substantially all assets in exchange for approximately $7,200,000;

**WHEREAS,** the Board deems it advisable and in the best interests of the Corporation and MRP to enter into the DIP Financing Agreement, substantially in the forms presented to the Board, respectively, and subject to such changes and alterations based on the reasonable business judgment of the Corporation's management; and

**WHEREAS,** the Board deems it advisable and in the best interests of the NYCC Entities to enter into the APA, substantially in the form presented to the Board, and subject to such changes and alterations based on the reasonable business judgment of the Corporation's management.

**NOW, THEREFORE, BE IT RESOLVED,** that it is in the best interests of the NYCC Entities, their creditors, shareholders and other interested parties, that petitions be filed by the NYCC Entities seeking relief under the provisions of chapter 11 of the Bankruptcy Code;

**FURTHER RESOLVED,** that the filing by the NYCC Entities of petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") be, and it hereby is, authorized and approved in all respects;

**FURTHER RESOLVED**, that Barry King, as an officer of the Corporation is hereby authorized in the name and on behalf of the NYCC Entities to execute and verify petitions under chapter 11 of the Bankruptcy Code and to cause the same to be filed with the Bankruptcy Court;

**FURTHER RESOLVED**, that each of the President, Chief Executive Officer, Chief Operating Officer, and Secretary of the Corporation and MRP (each an "<u>Authorized Officer</u>" and collectively, the "<u>Authorized Officers</u>"), as an officer of the Corporation and MRP is hereby authorized in the name and on behalf of the Corporation and MRP to execute and file the petition, pleadings, schedules, affidavits, lists and other papers and to take any and all actions which the Corporation and MRP may deem necessary or appropriate in connection with the chapter 11 cases;

**FURTHER RESOLVED**, that execution and delivery of the DIP Financing Agreement by the NYCC Entities be, and hereby is, approved and authorized, and that the Authorized Officers of the NYCC Entities or any of them acting alone are hereby authorized, directed and empowered to execute, deliver and cause the NYCC Entities to carry out the provisions of, and perform its obligations under, the assignment of the DIP Financing Agreement, substantially in the form presented to the Board, with such changes and exhibits as any of the Authorized Officers may deem necessary or appropriate in their sole and absolute discretion, the execution and delivery of the DIP Financing Agreement by any of such Authorized Officers to be deemed conclusive evidence of such determination;

**FURTHER RESOLVED**, that all other transactions contemplated by the DIP Financing Agreement are hereby approved and authorized, all on substantially the terms and conditions set forth in the DIP Financing Agreement;

**FURTHER RESOLVED**, that the execution and delivery of the APA by the NYCC Entities be, and hereby is, approved and authorized, and that the Authorized Officers of the NYCC Entities or any of them acting alone are hereby authorized, directed and empowered to execute, deliver and cause the NYCC Entities to carry out the provisions of, and perform its obligations under, the assignment of the APA, with such changes and exhibits as any of the Authorized Officers may deem necessary or appropriate in their sole and absolute discretion, the execution and delivery of the APA by any of such Authorized Officers to be deemed conclusive evidence of such determination;

**FURTHER RESOLVED,** that all other transactions contemplated by the APA are hereby approved and authorized, all on substantially the terms and conditions set forth in the APA;

**FURTHER RESOLVED,** that the Corporation and MRP retain the law firm of Tarter Krinsky & Drogin LLP as bankruptcy counsel to represent the Corporation and MRP in connection with the aforesaid chapter 11 cases and for all other relevant purposes;

**FURTHER RESOLVED,** that the Corporation and MRP retain Getzler Henrich & Associates LLC as financial advisor to represent the Corporation and MRP in connection with the aforesaid chapter 11 cases and for all other relevant purposes;

**FURTHER RESOLVED,** that the Corporation and MRP retain William Getzler as Chief Restructuring Officer to the Corporation in connection with the aforesaid chapter 11 cases and for all other relevant purposes;

**FURTHER RESOLVED,** that the Authorized Officers and each of them acting individually are hereby authorized and directed to pay all expenses (subject to Bankruptcy Court approval, where necessary), in each case as in their judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein;

**FURTHER RESOLVED,** that the Authorized Officers are hereby authorized and directed, in the name and on behalf of the Corporation and MRP, to do or cause to be done all such acts or things and to make, execute and deliver, or cause to be made, executed and delivered, all such agreements, waivers, documents, instruments and certificates as they may deem necessary, advisable or appropriate to effectuate or carry out the purpose and intent of the foregoing resolutions, and any and all actions of the Authorized Officers in the name and on behalf of the Corporation and MRP in executing or delivering, or causing to be executed and delivered, any agreements, documents, instruments and certificates or the taking of such other action in connection with the consummation of all transactions contemplated thereby, are hereby ratified, confirmed and approved in all respects; and

**FURTHER RESOLVED,** that all acts lawfully done or actions lawfully taken by said officers which were previously and/or are now necessary to effectuate the intent of the resolutions adopted herein, are hereby in all respects ratified, confirmed and approved.

# United States Bankruptcy Court
## Southern District of New York

In re  **MRP, L.L.C.**
Debtor(s)

Case No.
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **January 14, 2016**

**/s/ Barry King**
**Barry King/Vice President**
Signer/Title

A.C. CORONATO CORP.
124 PARK AVENUE
P.O. BOX 506
LYNDHURST, NJ 07071


AISC
C/O LEGACY PROFESSIONALS LLP
DEPT. 77-3411
CHICAGO, IL 60678


ASPEN COURT VENTURES, LLC
929 ROUTE 202
RARITAN, NJ 08869


BLASTEC
4965 ATLANTA HIGHWAY
ALPHARETTA, GA 30004


BOROUGH OF SOUTH PLAINFIELD
BUREAU OF FIRE PROTECTION
123 MAPLE AVE
SOUTH PLAINFIELD, NJ 07080


BUSHWICK METALS INC.
7601 COLLECTION CENTER DRIVE
CHICAGO, IL 60693


CALLAHAN & FUSCO LLC
103 EISENHOWER PARKWAY
STE. 400
ROSELAND, NJ 07068


CARBOLINE COMPANY
2150 SCHUETZ ROAD
SAINT LOUIS, MO 63146


CERTIFIED STEEL
1333 BRUNSWICK PIKE
SUITE 200
LAWRENCE TOWNSHIP, NJ 08648


CHAPEL STEEL
LOCKBOX 4106
P.O. BOX 8500
PHILADELPHIA, PA 19178-4106

CIGNA
910 SYLVAN AVANUE
ENGLEWOOD CLIFFS, NJ 07632


COMCAST
P.O. BOX 69
NEWARK, NJ 07101


CONSTELLALTION NEWENERGY
14217 COLLECTIONS CENTER DR.
CHICAGO, IL 60693


CONTROLLED AUTOMATION
P.O. BOX 888
BRYANT, AR 72089


COOPER ELECTRIC SUPPLY CO.
412 WEST SECOND STREET
PLAINFIELD, NJ 07061


CRANE PRO PARTS
11420 WEST THEO TRECKER WAY
WEST ALLIS, WI 53214


D.M. QUINN ELECTRIC INC.
P.O. BOX 5257
BERGENFIELD, NJ 07621


DCM ERECTORS INC.
110 EAST 42ND ST., SUITE 1704
NEW YORK, NY 10017


DENTAL SERVICES ORGANIZATION
1030 ST. GEORGE AVENUE
SUITE 401
AVENEL, NJ 07001


ERICO
3138 PAYSPHERE CIRCLE
CHICAGO, IL 60674


ERVIN INDUSTRIES, INC.
P.O. BOX 77000
DETROIT, MI 48277

```
FEDERAL EXPRESS
P.O. BOX 1140
MEMPHIS, TN 38101-1140


GRAINGER
1001 HADLEY RD.
SOUTH PLAINFIELD, NJ 07080


GRAPHICS FOR STEEL STRUCTURES
70 EAST OLD COUNTRY ROAD
HICKSVILLE, NY 11801


HARRIS CAMDEN TERMINAL
2201 MT. EPHRAIM AVENUE
CAMDEN, NJ 08104


HARRIS REALTY COMPANY LLC
1640 NEW MARKET AVENUE
SOUTH PLAINFIELD, NJ 07080


HARRIS STRUCTURAL STEEL FABRI.
1640 NEW MARKET AVE.
SOUTH PLAINFIELD, NJ 07080


HARRIS TRANSPORT SERVICES, LLC
2201 MT. EPHRAIM AVENUE
CAMDEN, NJ 08104


INDUSTRIAL COMPLIANCE SERVICE
2 OVINGTON AVENUE
EDISON, NJ 08817


INNOVATIVE DETAILING SERVICES
695 MARKHAM ROAD
SUITE 29
SCARBOROUGH, ON  MIH 2A5


LOWE'S BUSINESS ACCOUNT
P.O. BOX 530970
ATLANTA, GA 30353-0970


MEDEMERGE, PA
P.O. BOX 890
GREENBROOK, NJ 08812
```

N.J. ATTORNEY GENERAL OFFICE
25 MARKET STREET
P.O. BOX 112
TRENTON, NJ 08625-0112


N.J. DEPT. OF ENV. PROTECTION
MAIL CODE 401-06Q, P.O.BOX 402
ATTN: BANKRUPTCY COORDINATOR
TRENTON, NJ 08625-0402


N.J. DIVISION OF TAXATION
50 BARRACK STREET, 9TH FL
P.O. BOX 245
TRENTON, NJ 08695-0267


NEW JERSEY DEPARTMENT OF LABOR
DIVISION OF EMPLOYER ACCOUNTS
P.O. BOX 379
TRENTON, NJ 08625-0379


NEW JERSEY MANUFACTURER'S
301 SULLIVAN WAY
TRENTON, NJ 08628


NICHOLAS B. BOXTER, CPA
3582 ROUTE 22 WEST
P.O. BOX 464
WHITEHOUSE, NJ 08888


NISSAN MOTOR ACCEPTANCE CORP.


NJ ELECTRIC MOTORS, INC.
84 SOMERSET ST.
SOMERVILLE, NJ 08876


NORTH EAST GAS SERVICE
27 MCDERMOTT PLACE
BERGENFIELD, NJ 07621


OXFORD BENEFIT MANAGEMENT
P.O. BOX 568
WEST LONG BRANCH, NJ 07764-0568

```
PENNJERSEY ENVIRONMENTAL
744 MILFORD-WARREN GLEN RD.
MILFORD, NJ 08848


PRINCIPAL LIFE
DEPT. 900
P.O. BOX 14416
DES MOINES, IA 50306-3146


PSE&G
615 WASHINGTON STREET
HOBOKEN, NJ 07030


RED-D-ARC INC.
1513 SOUTH WASHINGTON AVE
PISCATAWAY, NJ 08854-3815


REPUBLIC SERVICES
5 INUDSTRIAL DRIVE
NEW BRUNSWICK, NJ 08901


SAS STRESSTEEL, INC.
100 NEW DUTCH LN
FAIRFIELD, NJ 07004


SHERWIN WILLIAMS
226 RALMADGE ROAD
EDISON, NJ 08818


STEEL DIMENSIONS INC.
42 ARAGON AVE
SCARBOROUGH, ON M1T 1X7


T&P MACHINE COMPANY
600 PROSPECT AVE.
PISCATAWAY, NJ 08854


TFP CORP. (TRU-WELD)
460 LAKE ROAD
MEDINA, OH 44256


TOOL KRIB SUPPLY CO.
787 PASSAIC AVENUE
WEST CALDWELL, NJ 07007
```

TRI-STATE EMPLOYMENT SERVICES
160 BROADWAY, 15TH FLOOR
ATTN: JOHN P. MESSINA, SR.
NEW YORK, NY 10038


UNITED STEEL WORKERS OF AMERIC
2025 LINCOLN HIGHWAY
SUITE 130
EDISON, NJ 08817


VAIL INDUSTRIES AND SUPPLY
189 FRONT STREET
SOUTH PLAINFIELD, NJ 07080-3425


VERIZON
P.O. BOX 4833
TRENTON, NJ 08650-4833


VITAL RECOVERY SERVICES, INC.
P.O. BOX 923748
NORCROSS, GA 30010-3748


VOORTMAN CORPORATION
26200 SOUTH WHITING WAY
MONEE, IL 60449


WEINSTOCK BROTHERS
140 EAST MINEOLA AVENUE
VALLEY STREAM, NY 11580


WILLIAMS FORM ENGINEERING CO.
41 SECOND AVE. S. BLDG. 1
PHOENIXVILLE, PA 19460


XCHANGE TELECOM CORP.
P.O. BOX 189112
BROOKLYN, NY 11218